UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNUS ISKANDER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  24-CV-01572-GPC-VET<br><br>**ORDER REGARDING DECLARATION OF GARY S. SAUNDERS TO WITHDRAW AS COUNSEL**<br><br>**[ECF No. 6]** |

On September 4, 2024, Defendants removed this case to federal court.  ECF No. 1. In their notice of removal, Defendants described the state court proceedings to-date, including Gary Saunders'[1] motion to be relieved as counsel, which was filed in state court on February 1, 2024.  ECF No. 1-4 at 19, 104-11.[2]  On August 8, 2024, the state court issued a tentative ruling granting Mr. Saunders' motion to be relieved as counsel. ECF No. 1 at 7; ECF No. 1-4 at 22.  However, in its tentative ruling, the state court ordered Plaintiff to "resubmit an order showing the current presiding judge and updating

---

[1] Gary S. Saunders is Plaintiff's counsel of record.  *See* ECF No. 6 at 2.

[2] All page numbers refer to CM/ECF pagination.

1

24-CV-01572-GPC-VET

the next scheduled hearing," and stated that "[t]he court will sign such order and it will be effective upon the filing of proof of service on the client." ECF No. 1-4 at 22. Defendants note that, "[u]pon information and belief, this has not occurred, and it is unclear whether Plaintiff is aware that Gary Saunders' Motion to Be Relieved as Counsel was granted." ECF No. 1 at 7 n.2. The state court docket also reflects that Mr. Saunders never took these steps. *See* ECF No. 1-4 at 16-20. As such, no order granting Mr. Saunders' motion to be relieved as counsel was issued, and Mr. Saunders is still Plaintiff's counsel in this matter. *See id.* (absence).

On October 17, 2024, Mr. Saunders filed a declaration seeking to withdraw as counsel and requesting "that the docket be updated to reflect [his] prior relief as counsel by the state court." *See* ECF No. 6 at 2. But Mr. Saunders never took the steps necessary to effectuate the state court's granting of the motion to be relieved as counsel. The Court is hesitant to acknowledge the state court's tentative ruling—a ruling which was never finalized. Thus, the Court declines to confirm that Mr. Saunders has been relieved as Plaintiff's counsel.

If Mr. Saunders still intends to withdraw as Plaintiff's counsel, the Court directs him to file a new motion to withdraw by **November 1, 2024**. Upon filing of the motion, the Court will set a briefing schedule.

**IT IS SO ORDERED.**

Dated: October 18, 2024

Hon. Gonzalo P. Curiel
United States District Judge

24-CV-01572-GPC-VET