**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHANNUS ISKANDER,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC and DOES 1–20, inclusive,<br><br>Defendants. | Case No.:  3:24-cv-01572-GPC-VET<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[Doc. No. 8]** |

Before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation and Case Management Conference ("ENE/CMC") Scheduled on November 13, 2024 at 9:30 AM ("Joint Motion"). Doc. No. 8. Therein, the parties request that the Court continue the ENE/CMC to accommodate Plaintiff counsel's forthcoming motion to withdraw and Plaintiff's potential search for new counsel. *Id.* at 1.

Prior to removal, the state court granted Plaintiff's counsel's request to withdraw but he never took the steps necessary to effectuate his withdrawal. *Id.* at 3; *see also* Doc. No. 7 (ordering counsel to file a new motion to withdraw by November 1, 2024). The parties argue good cause exists to continue the ENE/CMC so that Plaintiff's counsel can officially withdraw, Plaintiff has adequate time to find replacement counsel, and the parties have

1

sufficient time to meet the Court's deadlines and other requirements pertaining to the ENE/CMC. Doc. No. 8 at 4. Having reviewed the Joint Motion and the record, and good cause appearing, the Court **GRANTS** the Joint Motion. The Court **ORDERS** the following:

1.      The ENE/CMC is hereby **RESET** from November 13, 2024 at 9:30 a.m. to **January 16, 2025 at 9:30 a.m.** before Magistrate Judge Valerie E. Torres to occur by video conference.

2.      No later than **January 9, 2025**, each party must *lodge a confidential ENE Statement* by email to the Court at efile_torres@casd.uscourts.gov.

3.      Counsel must meet and confer pursuant to Fed. R. Civ. P. 26 (f) no later than **December 26, 2024**.

4.      Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1)(A–D), must occur on or before **January 9, 2025**.

5.      A Joint Discovery Plan must be filed on the CM/ECF system no later than **January 9, 2025**.

6.      All other requirements set forth in the Court's Notice and Order setting the ENE/CMC remain in effect. *See* Doc. No. 5.

**IT IS SO ORDERED.**

Dated:  October 28, 2024

Honorable Valerie E. Torres
United States Magistrate Judge

2

3:24-cv-01572-GPC-VET