UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNUS ISKANDER,<br><br>                              Plaintiff,<br><br>v.<br><br>CORECIVIC and DOES 1-20, inclusive,<br><br>                              Defendant. | Case No.:  24-CV-01572-GPC-VET<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW AS COUNSEL**<br><br>**[ECF No. 10]** |

Plaintiff's Counsel, Gary Saunders, filed a Motion to Withdraw as Counsel.  ECF No. 10.  The Court will set the following briefing schedule.  Any opposition, either by the Plaintiff or Defendant, shall be filed on or before November 15, 2024.  A hearing on this matter is scheduled for December 6, 2024 at **1:30 PM in Courtroom 2D**.

**IT IS SO ORDERED.**

Dated:  October 30, 2024

Hon. Gonzalo P. Curiel
United States District Judge

1

24-CV-01572-GPC-VET