# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNUS ISKANDER,<br><br>                    Plaintiff,<br><br>v.<br><br>CORECIVIC and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No.: 24-cv-01572-GPC-VET<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 17]** |

Before the Court is the parties' Joint Motion to Dismiss. Good cause appearing, the Court GRANTS the Joint Motion and dismisses the case with prejudice, with each side to bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated:  December 10, 2024

Hon. Gonzalo P. Curiel
United States District Judge